FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUN 29 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KELLY ANN CHAKOV MCDOUGALL, an individual and as trustee; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; FIREARMS POLICY COALITION, INC.,

Plaintiffs-Appellants,

v.

COUNTY OF VENTURA; BILL AYUB; WILLIAM T. FOLEY; ROBERT LEVIN; VENTURA COUNTY PUBLIC HEALTH CARE AGENCY,

Defendants-Appellees.

No.   20-56220

D.C. No. 2:20-cv-02927-CBM-AS Central District of California, Los Angeles

ORDER

Before: MURGUIA, Chief Judge, and KLEINFELD, McKEOWN, CALLAHAN, NGUYEN, HURWITZ, FRIEDLAND, R. NELSON, MILLER, SANCHEZ and H. THOMAS, Circuit Judges.

The district court's judgment is vacated, and this case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. ____ (2022).

The parties shall bear their own attorney's fees, costs, and expenses.  This

order constitutes the mandate of this court.

**VACATED AND REMANDED.**